# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANDREA WOLVERTON**                                                                                     **PLAINTIFF**

v.                          Case No. 3:22-cv-00013-KGB

**MAZDA MOTOR OF AMERICA, INC.**                                                         **DEFENDANT**

## ORDER

Before the Court is the status of this case. Counsel for plaintiff Andrea Wolverton and defendant Mazda Motor of America, Inc. ("Mazda") have indicated through informal communication with the Court that the parties have reached a settlement in this case. Accordingly, the Court on its own motion cancels the Rule 16(b) Conference set for July 22, 2022 (Dkt. No. 14). All deadlines set forth in the Court's Initial Scheduling Order are stayed until further order of the Court (Dkt. No. 12). The parties are directed to file within 30 days of the entry of this Order a joint motion for dismissal or a joint status report.

It is so ordered this 22nd day of July, 2022.

_____
Kristine G. Baker
United States District Judge