# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANDREA WOLVERTON**                                                                              **PLAINTIFF**

v.                          Case No. 3:22-cv-00013-KGB

**MAZDA MOTOR OF AMERICA, INC.**                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 20). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation for dismissal with prejudice and dismisses this case with prejudice, with each party to bear her and its own attorney's fees and costs.

It is so ordered this 5th day of December, 2022.

_____
Kristine G. Baker
United States District Judge